Form 62 - SUITABLE WITH MILITARY, MAILING

P5795190

**CALLINAN & SMITH LLP**   Melissa Mendoza
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY, ETAL

PLAINTIFF

- vs -

MC PHYSICAL THERAPY, P.C., ETAL

DEFENDANT

index No. **2:21-CV-06805-MKB-SIL**
Date Filed
Office No. **185-5001**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **15th day of December, 2021 at 2:45PM at**

**6859 112TH ST.**

**FOREST HILLS NY 11375**
I served the **SUMMONS AND COMPLAINT, EXHIBIT(S), CIVIL COVER SHEET,, NOTICE**
Upon **RAFIK KOPTIEV the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **(JANE) KOPTIEV (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
AGE: **43**   HEIGHT: **5''4** WEIGHT: **140**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
17TH day of DECEMBER, 2021

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/16/2024

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CSLLP2-5795190

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**RALPH RAYMUNDO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **16th day of December, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address .
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
17TH day of DECEMBER, 2021

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/16/2024

RALPH RAYMUNDO
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CSLLP2-5795190

2a

```
Index No. 2:21-CV-06805-MKB-SIL

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

================================================================

LIBERTY MUTUAL INSURANCE COMPANY, ETAL

                PLAINTIFF

        - against -
MC PHYSICAL THERAPY, P.C., ETAL

                DEFENDANT
================================================================

SUMMONS AND COMPLAINT, EXHIBIT(S), CIVIL COVER SHEET,, NOTICE


================================================================

CALLINAN & SMITH LLP


3361 PARK AVENUE, SUITE 104

NEW YORK, NY 11793


516 784-5148
```

Form 62 - SUITABLE WITH MILITARY, MAILING

P5795190

| CALLINAN & SMITH LLP   Melissa Mendoza |
|---|
| U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK |

LIBERTY MUTUAL INSURANCE COMPANY, ETAL

PLAINTIFF

- vs -

MC PHYSICAL THERAPY, P.C., ETAL

DEFENDANT

index No. **2:21-CV-06805-MKB-SIL**
Date Filed
Office No. **185-5001**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **15th day of December, 2021 at 2:45PM at**

**6859 112TH ST.**

**FOREST HILLS NY 11375**
I served the **SUMMONS AND COMPLAINT, EXHIBIT(S), CIVIL COVER SHEET,, NOTICE**
Upon **RAFIK KOPTIEV the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **(JANE) KOPTIEV (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLONDE**
AGE: **43**      HEIGHT: **5''4**   WEIGHT: **140**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
17TH day of DECEMBER, 2021

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/16/2024

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CSLLP2-5795190

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**RALPH RAYMUNDO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **16th day of December, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address .
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
17TH day of DECEMBER, 2021

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/16/2024

RALPH RAYMUNDO
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CSLLP2-5795190

2a