UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY, et al.,   Docket No.: 2:21-cv-06805
 (MKB)(SIL)
                              Plaintiffs,

   -against-

MC PHYSICAL THERAPY, P.C., et al.,

                              Defendants.
-----------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Liberty Mutual Insurance Company, et al., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, as against the Defendants, **3902 LLC, Rafik Koptiev and Rusi Sanjana**, only.

Dated:  Wantagh, New York
         May 2, 2022

                                    Yours, etc.,
                                    **CALLINAN & SMITH LLP**

                                    By:   /S/ Michael A. Callinan
                                            Michael A. Callinan (MC7052)
                                    3361 Park Avenue, Suite 104
                                    Wantagh, New York 11793
                                    (516) 784-5148
                                    (516) 667-1003 – *facsimile*
                                    mcallinan@callinansmith.com