UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY, et al.,   Docket No.: 2:21-cv-06805 (MKB)(SIL)

                              Plaintiffs,

   -against-

MC PHYSICAL THERAPY, P.C., et al.,

                              Defendants.
-----------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Liberty Mutual Insurance Company, et al., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, as against the Defendants, **Michael Resnick f/k/a Michael Reznikov and Alina Margulis**, only.

Dated: Wantagh, New York
        May 2, 2022

                              Yours, etc.,
                              **CALLINAN & SMITH LLP**

                              By:   /S/ Michael A. Callinan
                                   Michael A. Callinan (MC7052)
                              3361 Park Avenue, Suite 104
                              Wantagh, New York 11793
                              (516) 784-5148
                              (516) 667-1003 – *facsimile*
                              mcallinan@callinansmith.com