UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

LIBERTY MUTUAL INSURANCE COMPANY, et al.,

                                   Plaintiffs,

   -against-

MC PHYSICAL THERAPY, P.C., et al.,

                                   Defendants.

------------------------------------------------------------------------------X

**Docket No.:** 21-cv-06805 (MKB)(SIL)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Liberty Mutual Insurance Company, et al., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as against the remaining Defendants, MC Physical Therapy, P.C., Michelle Nesas Cuadra, P.T., Raine M. Pesidas Physical Therapy, P.C., Raine M. Pesidas, P.T., Better Hands Physical Therapy, P.C., Kristine May Bitanga Parcon, P.T., Go Flex Rehab Therapy, P.C., Lynn J. Ballener, P.T., Vladimir Geykhman, 1001 NY Corp., Delta Billing Service Corp., First Choice Software Management Corp., Mavjuda Tasheva, Advertising & Web Inc., ABC Marketing Solutions Corp., Five Star Advertising Services Corp., MNDNT Corp., Matlyuba Khakimova, All Legal Support Services, Inc., Comp & Network Support Services, Inc., Expert Transport Services, Inc., Quick Billing & Collection Services, Inc., Nataliya Anisimova, Alpha Billing Solution Corp., Avon A.S. Corp, Business Development Services, Inc., Data Storage & Filing Preparation Inc., Express Janitorial Services, Inc., Raivis Gravelsins, JJR Global, Ltd., JNBNJ Enterprises Corp., JWNY Billing and Collections Corp., Jashur Rahmatov, Mironcom Expert, Inc., NY Best Collections & Litigation Inc., Office Supply Services, Inc., Prompt Process Invest Services, Inc., Liudmyla Lypniakova, One Of Kind Transport, Inc., Leonid Pogoriler, Prof Collection & Litigation Services Inc., Professional Documents Preparation, Inc., Romgo Tech Service, Inc., SHN Global, Inc., STGG Enterprises, Corp., Supreme Trans, Inc., West East Advertising & Marketing, Inc., and Konstantin Burasov.

Dated: Wantagh, New York
       April 15, 2024

                               Yours, etc.,

                             **CALLINAN & SMITH LLP**

                       By:    /s/ Jennifer B. Strong
                             Jennifer B. Strong (JS1420)

3361 Park Avenue, Suite 104
Wantagh, New York 11793
(516) 784-5148
(516) 667-1003 – facsimile
jstrong@callinansmith.com